UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
March 25, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VM___ DEPUTY

## CRIMINAL MINUTES - GENERAL

| | |
|---|---|
| Case No. CR 20-225 DSF | Date March 25, 2022 |
| Title United States v. Munoz | |

**Present: The Honorable**   Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Government: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER OF DETENTION

Defendant is alleged to have violated the terms of pretrial release. At the initial appearance following arrest on the violation petition, Defendant did not challenge the government's request for detention. Defendant is ordered DETAINED and held to answer the violation petition before the assigned district judge.